## HAMRICK v. ALABAMA.

No. 345.   Decided October 9, 1967.

*William B. McCollough, Jr.,* for appellant.

*MacDonald Gallion,* Attorney General of Alabama, and *Robert P. Bradley* and *Walter S. Turner,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## SMITH v. ARIZONA.

No. 26, Misc.   Decided October 9, 1967.

*Darrell F. Smith,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Arizona in light of *Anders* v. *California,* 386 U. S. 738.

MR. JUSTICE BLACK and MR. JUSTICE STEWART dissent.